AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>STRAUB, CHESTER J. | 2. Court or Organization<br><br>U.S. COURT OF APPEALS, 2ND CIR | 3. Date of Report<br><br>05/11/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>CIRCUIT JUDGE - SENIOR STATUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>UNITED STATES COURTHOUSE<br>500 PEARL STREET<br>NEW YORK, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 14 A 11:01 FINANCIAL DISCLOSURE OFFICE

Straub_Chester_J

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/11/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2008 | NYS RETIREMENT SYSTEM (RETIREMENT BENEFIT) | $5,990.64 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | NATIONAL FINANCIAL SERVICES - RETIREMENT BENEFIT |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/11/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. **FIDELITY INVESTMENTS** | | | | | | | | | |
| 2. NY ST DORM AUTH REVS CITY UNIV CONS-5TH GEN-C MBIA 4/10/03 | C | Interest | L | T | | | | | |
| 3. NY CITY MUN WTR F/A WTR&SWR SYS RV SER B-AMBAC TCRS CSTD | B | Interest | K | T | | | | | |
| 4. NEW YORK ST TWY AU SVC CONT REV LOC HWY & BRIDGE 8/15/95 | C | Interest | L | T | | | | | |
| 5. NEW YORK NY SER F-CR FSA OID 2/22 /01 4.125 08/01/08 | B | Interest | | | Redeemed | 8-1 | K | A | |
| 6. BERKSHIRE HATHAWAY INC. CLASS B | | None | L | T | | | | | |
| 7. HEWLETT PACKARD COMMON | B | Dividend | M | T | | | | | |
| 8. ENZO BIOCHEM INC COMMON | | None | J | T | | | | | |
| 9. HEALTH CARE PPTY INVS INC COMMON | C | Dividend | L | T | | | | | |
| 10. GREAT PLAINS ENERGY - KANSAS CITY POWER & LIGHT COMMON | B | Dividend | J | T | | | | | |
| 11. IBM COMMON | C | Dividend | M | T | | | | | |
| 12. GENERAL ELECTRIC COMMON | A | Dividend | J | T | | | | | |
| 13. LOCKEED MARTIN COMMON | A | Dividend | J | T | | | | | |
| 14. EXXON COMMON | A | Dividend | J | T | | | | | |
| 15. HRPT PROPERTIES TRUST | A | Dividend | J | T | | | | | |
| 16. COHEN & STEERS REALTY SHARES | A | Dividend | J | T | Buy (add'l) | 3-31 | J | | |
| 17. | | | | | Buy (add'l) | 6-30 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 9-30 | J | | |
| 19. | | | | | Buy (add'l) | 12-19 | J | | |
| 20. NEW YORK ST ENVIRO FACS 5% | B | Interest | L | T | | | | | |
| 21. NEW YORK ST URBAN DEV CORP REV CORR | C | Interest | L | T | | | | | |
| 22. METROPOLITAN TRANS AUTH NY TRAN FACS | D | Interest | M | T | | | | | |
| 23. NY ST TWY AUTH HWY & BRDG TR F D 5.25% 4/1/2011 | | None | | | Redeemed | 1-2 | K | A | |
| 24. BARON GROWTH | | None | | | Sold | 3-17 | L | A | |
| 25. SPARTAN 500 INDEX INVESTOR CLASS | A | Dividend | | | Sold (part) | 3-17 | K | C | |
| 26. | | | | | Buy (add'l) | 6-6 | J | | |
| 27. | | | | | Sold | 10-7 | J | A | |
| 28. AMERICAN GROWTH FUND OF AMERICA CLASS F | | None | | | Sold | 10-7 | K | A | |
| 29. ROYCE TOTAL RETURN FUND | A | Dividend | | | Buy (add'l) | 3-11 | J | | |
| 30. | | | | | Sold | 3-17 | L | A | |
| 31. S&P MID CAP 400 DEP RCPYS MID CAP | A | Dividend | K | T | Sold (part) | 3-17 | L | C | |
| 32. FIDELITY MUNICIPAL MONEY MARKET | B | Interest | N | T | Open | 1-2 | M | | |
| 33. FIDELITY CONTRAFUND | B | Dividend | | | Buy (add'l) | 2-8 | J | | |
| 34. | | | | | Sold | 3-17 | M | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FIDELITY SPARTAN TAX FREE | A | Interest | L | T | Buy | 10-29 | L | | |
| 36. | | | | | Buy (add'l) | 10-31 | J | | |
| 37. | | | | | Buy (add'l) | 11-28 | J | | |
| 38. | | | | | Buy (add'l) | 12-31 | J | | |
| 39. VANGUARD INTERMED TERM TAX BOND FUND | A | Interest | L | T | Buy | 10-29 | L | | |
| 40. | | | | | Buy (add'l) | 11-28 | J | | |
| 41. | | | | | Buy (add'l) | 12-31 | J | | |
| 42. NEW YORK NY GO BDS SUBERIES 5% BOND | B | Interest | L | T | Buy | 6-18 | L | | |
| 43. METROPOLITAN TRANSN AUTH NY 5.5% BOND | | None | L | T | Buy | 10-7 | L | | |
| 44. FIDELITY NY MUNI MM | A | Interest | L | T | | | | | |
| 45. SELECTED AMERICAN SHARES CL D | | None | | | Sold (part) | 3-17 | L | A | |
| 46. | | | | | Sold | 3-28 | K | A | |
| 47. EATON VANCE LG CAP FUND | A | Dividend | K | T | Buy | 3-28 | K | | |
| 48. | | | | | Buy (add'l) | 6-10 | J | | |
| 49. | | | | | Buy (add'l) | 9-9 | J | | |
| 50. | | | | | Buy (add'l) | 12-30 | J | | |
| 51. **CITIBANK ACCOUNTS** | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,000 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CHECKING ● | | None | J | T | | | | | |
| 53. **FIDELITY IRA ROLLOVER** | | | | | | | | | |
| 54. MARSH & MCLENNAN COMMON | A | Dividend | K | T | | | | | |
| 55. FIDELITY CASH RESERVES | D | Interest | P1 | T | | | | | |
| 56. FEDL HOME LOAN BK.S CON BD 5.8 85% 3/30/2009 | C | Interest | L | T | | | | | |
| 57. S&P 500 DEPOSITORY RECEIPT (SPY) UNIT SERIES 1 | B | Interest | | | Sold (part) | 3-17 | M | D | |
| 58. | | | | | Sold | 8-1 | M | D | |
| 59. S&P MID CAP 400 DEP RCPTS MID CAP SPDRS | B | Dividend | L | T | Buy (add'l) | 8-1 | L | | |
| 60. | | | | | Sold (part) | 10-7 | L | A | |
| 61. FEDL HOME LN BANK CONS BD 5.62 5% 11/15/2011 | C | Interest | L | T | | | | | |
| 62. FEDERAL HOME LN BKS CONS BD 5. 475% 1/12/2009 | D | Interest | M | T | | | | | |
| 63. FEDERAL HOME LN BKS CONS BD 5. 79% 4/27/2009 | D | Interest | M | T | | | | | |
| 64. FEDERAL HOME LN BKS CONS BD 6. 715% 6/29/2009 | D | Interest | M | T | | | | | |
| 65. AMERICAN GROWTH FUND OF AME RICA CLASS F (GFAFX) | B | Dividend | M | T | Buy (add'l) | 8-1 | K | | |
| 66. | | | | | Sold (part) | 10-7 | L | A | |
| 67. | | | | | Buy (add'l) | 12-23 | J | | |
| 68. DODGE & COX STOCK FUND (DODGX) | D | Dividend | L | T | Sold (part) | 3-17 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 3-27 | J | | |
| 70. | | | | | Buy (add'l) | 6-26 | J | | |
| 71. | | | | | Buy (add'l) | 9-27 | J | | |
| 72. | | | | | Sold (part) | 10-7 | L | A | |
| 73. | | | | | Buy (add'l) | 12-22 | J | | |
| 74. TWEEDY BROWNE GLOBAL VALUE FUND | D | Dividend | L | T | Sold (part) | 3-17 | M | D | |
| 75. | | | | | Sold (part) | 10-7 | L | E | |
| 76. | | | | | Buy (add'l) | 12-30 | J | | |
| 77. BARON GROWTH FUND | A | Dividend | L | T | Sold (part) | 3-17 | J | A | |
| 78. | | | | | Buy (add'l) | 7-17 | J | | |
| 79. | | | | | Sold (part) | 10-7 | L | A | |
| 80. ROYCE TOTAL RETURN FUND | C | Dividend | L | T | Buy (add'l) | 3-11 | J | | |
| 81. | | | | | Buy (add'l) | 6-11 | J | | |
| 82. | | | | | Buy (add'l) | 9-11 | J | | |
| 83. | | | | | Sold (part) | 10-7 | L | A | |
| 84. | | | | | Buy (add'l) | 12-9 | J | | |
| 85. FIDELITY GOVT MM | B | Interest | | | Closed | 1-23 | N | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. GOOGLE COMMON | | None | K | T | | | | | |
| 87. SPARTAN 500 INDEX IVESTOR CLASS FUND | A | Dividend | | | Buy (add'l) | 6-6 | J | | |
| 88. | | | | | Sold | 8-1 | K | B | |
| 89. FIDELITY CONTRAFUND | C | Dividend | M | T | Buy (add'l) | 2-8 | J | | |
| 90. | | | | | Sold (part) | 3-17 | K | A | |
| 91. | | | | | Buy (add'l) | 8-1 | K | | |
| 92. | | | | | Sold (part) | 10-7 | L | A | |
| 93. | | | | | Buy (add'l) | 12-26 | J | | |
| 94. SELECTED AMERICAN SHARES | | None | | | Sold | 3-28 | M | D | |
| 95. US TREAS NTS 4.75% 11/15/2008 | D | Interest | | | Redeemed | 11-7 | N | A | |
| 96. US TREAS NTS 6.0% 8/15/2009 | E | Interest | N | T | | | | | |
| 97. LOOMIS SAYLES INVST GRADE MUTA L FUND | C | Dividend | N | T | Buy | 10-29 | M | | |
| 98. | | | | | Buy (add'l) | 11-6 | J | | |
| 99. | | | | | Buy (add'l) | 12-4 | J | | |
| 100. GOLDMAN SACHS GROUP INC COM MON | A | Dividend | K | T | Buy | 9-17 | K | | |
| 101. ISHARES IBOXX & INVESTOP INV F UND | B | Dividend | N | T | Buy | 10-29 | M | | |
| 102. EATON VANCE LG CAP VALUE FUND | B | Dividend | L | T | Buy | 3-28 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 6-10 | J | | |
| 104. | | | | | Buy (add'l) | 8-1 | K | | |
| 105. | | | | | Buy (add'l) | 9-9 | J | | |
| 106. | | | | | Sold (part) | 10-7 | L | A | |
| 107. | | | | | Buy (add'l) | 12-30 | J | | |
| 108. SPARTAN US TREASURY MONEY MARKET | D | Interest | | | Open | 1-23 | O | | |
| 109. | | | | | Closed | 10-10 | O | | |
| 110. **FIDELITY IRA** | | | | | | | | | |
| 111. FIDELITY CASH RESERVES | A | Interest | J | T | | | | | |
| 112. AMERICAN GROWTH (GFAFX) | A | Dividend | J | T | Buy (add'l) | 12-23 | J | | |
| 113. | | | | | Sold (part) | 11-4 | J | A | |
| 114. **FIDELITY IRA** | | | | | | | | | |
| 115. SPARTAN MARKET INDEX FUND | A | Dividend | | | Buy (add'l) | 6-6 | J | | |
| 116. | | | | | Sold | 8-1 | J | A | |
| 117. FIDELITY CASH RESERVES | A | Dividend | K | T | | . | | | |
| 118. US TREAS NTS 4.75% 11/15/2008 | A | Interest | | | Redeemed | 11-17 | J | A | |
| 119. DODGE & COX STOCK FUND | A | Dividend | J | T | Buy (add'l) | 3-29 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/11/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 6-26 | J | | |
| 121. | | | | | Buy (add'l) | 9-26 | J | | |
| 122. | | | | | Buy (add'l) | 12-22 | J | | |
| 123. TWEEDY BROWNE GLOBAL VALUE | B | Dividend | J | T | Buy (add'l) | 12-28 | J | | |
| 124. BARON GROWTH FUND | A | Dividend | J | T | Buy (add'l) | 7-17 | J | | |
| 125. FIDELITY CONTRAFUND | A | Dividend | J | T | Buy (add'l) | 2-8 | J | | |
| 126. | | | | | Buy (add'l) | 12-26 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/11/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

SECTION VI: LIABILITIES

WASHINGTON MUTUAL MORTGAGE LOAN: CO-OBLIGOR WAS SATISFIED IN 2008.

| Name of Person Reporting | Date of Report |
|---|---|
| STRAUB, CHESTER J. | 05/11/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544